**STATEMENT OF OFFENSE**

On Wednesday, April 15, 2026, Metropolitan Transit Police Department ("MTPD") Officer Christopher McVearry, along with MTPD Officer A. Ren, responded to a report of a robbery that occurred at Gallery Place Metro Station located at 630 H Street NW, Washington, D.C. 20001.

Upon arrival, your affiant made contact with the victim (V-1), who is a Brinks employee, and he advised at approximately 1420 hours he was servicing an ATM near the kiosk at the 7th Street NW and H Street NW Metro entrance during the course of his employment and while wearing Brinks Security uniform. While servicing the ATM, an individual later identified as Semaj Irie Meannu (hereafter "MEANNU"), approached V-1 from behind and took V-1's company-issued handgun, an FN 509 semi-automatic nine-millimeter pistol, bearing serial #BUS17608, from his holster. V-1 confronted MEANNU, at which time a physical altercation ensued. V-1 reported that V-1 pushed MEANNU to the ground while the handgun was in MEANNU's possession. MEANNU then got back up and fled the location, using the escalator to exit the station to the surface streets, with the handgun still in MEANNU's possession. V-1 did not suffer any injuries during the altercation. V-1 described the defendant as a black male wearing a dark green shirt and gray shorts.

Video surveillance from the incident was obtained. It should be noted that the surveillance showed MEANNU wearing blue socks and Crocs footwear.

MTPD CIT Lynch #43 and Lozano #45 notified your affiant that they have prior knowledge of MEANNU and provided your affiant with MEANNU's personal identifying information.



*Figure 1 - Still image of MEANNU preceding the taking of the Brinks security officer's firearm*



***Figure 2 - Stills of MEANNU immediately after apprehension. LEFT shows MEANNU's face. RIGHT shows MEANNU's blue socks and footwear***

Surveillance showed MEANNU exit the station at the exit at 9th Street NW and G Street NW by going through the handicap-accessible fare gates without attempting to pay the far.

At approximately 1450 hours, Metropolitan Police Department Officer Rock was on patrol canvassing for the suspect in the above-described robbery when he, along with National Guard members Smith, Williams and Sergeant Tillman, encountered MEANNU at the 9th Street and G Street NW entrance to Gallery Place Metro Station. Officer Rock observed MEANNU inside of the station walking towards the exit gates, and immediately recognized MEANNU based on the description broadcasted for the suspect, as well as surveillance stills that were distributed of the suspect after the incident and stopped and detained MEANNU. National Guardsman Williams detained the defendant in flexicuffs and conducted a protective pat-down of MEANNU, during which he recovered a handgun from MEANNU's front waistband. Additionally, National Guardsman Williams safely cleared the weapon and advised there was no round in the chamber. MTPD Crime Scene Officer Krentsa documented the incident and processed the handgun. The firearm recovered was identified as the firearm stolen from V-1 based on the model and serial number, which matched the firearm that was stolen from V-1.

A show up was conducted with V-1 at approximately 15:01 hours who positively identified MEANNU as the person responsible for the physical altercation and taking his handgun. It was confirmed that that the handgun recovered from MEANNU bore serial number BUS17608 and was V-1's service weapon.

MEANNU was previously convicted on August 4, 2025, of Assault in the Second Degree in Prince George's County District Court Docket No. D-05-CR-25-013748, an offense punishable by greater than one year incarceration, and MEANNU knew that said offense was punishable by greater than one year incarceration because he was sentenced to six years incarceration, execution of sentence suspended as to all but 100 days.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition stolen by and recovered from MEANNU necessarily traveled in interstate commerce.

As such, your affiant submits that probable cause exists to charge SEMAJ MEANNU with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

Respectfully submitted,

_____

Affiant
Edward John McCarty Jr.
Badge Number: D963
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on April 21, 2026

_____

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE